# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>NDIDI NWAGBO,<br>        Defendant. | CRIMINAL ACTION FILE NO.:<br>1:19-cr-00223-WMR-LTW-1 |

## **ORDER**

This matter is before the Court on Defendant's Motion to Amend Conditions of Pretrial Supervision [Doc. 130]. Defendant requests that the location restriction with curfew condition be removed. Neither the government nor probation oppose this request.

IT IS HEREBY ORDERED that Defendant's pretrial supervision be amended to remove the location restriction with curfew condition. All other conditions shall remain in effect.

SO ORDERED this 20th day of July, 2021.

_____
WILLIAM M. RAY, II
UNITED STATES DISTRICT JUDGE